# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTOPHER S. MANN,** | CASE NO. 8:07CV479 |
| Plaintiff, | |
| v. | ORDER TO DEFENDANT TO SUPPLEMENT ITS JURISDICTIONAL STATEMENT TO ENSURE DIVERSITY OF PARTIES |
| **MOBILE MEDIA ENTERPRISES, LLC,** | |
| Defendant. | |

This matter is before the Court on its own motion. A review of the file shows that the Defendant, Mobile Media Enterprises, LLC, is a Limited Liability Company. The Court has an obligation to ensure that subject matter jurisdiction exists. *See Sanders v. Clemco Industries*, 823 F.2d 214, 216 (8th Cir. 1987) ("The threshold requirement in every federal case is jurisdiction and we have admonished the district court to be attentive to a satisfaction of jurisdiction requirements in all cases.").

It is the citizenship of a Limited Liability Company's members - not the state in which the company was formed - that is relevant for purposes of establishing diversity jurisdiction. *See GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc.*, 357 F.3d 827, 828-29 (8th Cir. 2004). Thus, to establish diversity, the defendant removing this action from state court must allege the citizenship of each member of the Defendant, Mobile Media Enterprises, LLC, and must show that no such member is a citizen of the state of the Plaintiff's citizenship. *See Capitol Indemnity Corp. v. Russellville Steel Co, Inc.*, 367 F.3d 831, 835 (8th Cir. 2004) (discussing requirement of complete diversity).

IT IS ORDERED that:

1.      Defendant is directed to file a Supplementary Statement of Jurisdiction, on or before April 28, 2008, by listing the citizenship of each member of Mobile Media Enterprises, LLC , to demonstrate complete diversity of the parties and to ensure this Court's subject matter jurisdiction.

DATED this 14th day of April, 2008.

                              BY THE COURT:

                              s/Laurie Smith Camp
                              United States District Judge