# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTOPHER S. MANN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV479** |
| vs. ) | |
| ) | **ORDER** |
| **MOBILE MEDIA ENTERPRISES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on plaintiff's "MOTION TO AMEND CLAIMS SET FORTH IN REPORT OF PARTIES' PLANNING CONFERENCE" (Filing 20) to add claims against the defendant. An amendment to the planning conference report will not accomplish that result; however, the plaintiff will be given an extension of time until and including May 15, 2008 in which to file a motion for leave to file an amended complaint pursuant to Fed. R. Civ. P. 15 and NECivR 15.1.[1]

**IT IS ORDERED** that plaintiff's "MOTION TO AMEND CLAIMS SET FORTH IN REPORT OF PARTIES' PLANNING CONFERENCE" (Filing 20) is denied without prejudice to plaintiff filing a motion for leave to file an amended complaint, said motion to be filed on or before **May 15, 2008.**

DATED April 30, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

[1] Nebraska Civil Rule (NECivR) 15.1 provides, in relevant part:
**Motion to Amend Pleading.**
**(a) Form and Content.** A party who moves for leave to amend a pleading (including a request to add parties) shall file as an attachment to the motion an unsigned copy of the proposed amended pleading. Except as provided in these rules or by leave of court, the proposed amended pleading must be a complete pleading which, if allowed to be filed, supersedes the pleading amended in all respects; no portion of the prior pleading may be incorporated into the proposed amended pleading by reference. The motion for leave to amend shall set forth specifically the amendments proposed to be made to the original pleading, state whether the motion is unopposed, and identify the amendments in the proposed amended pleading.
* * * *
**(c) Filing of Amended Pleading.** The granting of the motion for leave to amend does not constitute filing of the amended pleading. The party to whom the court grants leave to amend must then file the amended pleading, after leave is given.