**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **CHRISTOPHER S. MANN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV479** |
| vs. ) | |
| ) | **ORDER** |
| **MOBILE MEDIA ENTERPRISES LLC,** ) | |
| ) | |
| **Defendant.** ) | |

Following a conference with counsel pursuant to Fed. R. Civ. P. 16, and by agreement of the parties,

**IT IS ORDERED:**

1. Plaintiff's motion for leave to file a first amended complaint [23] is granted. Plaintiff shall file and serve the amended pleading by **May 30, 2008.** Defendant shall respond within the time allowed by Fed. R. Civ. P. 15(a)(3).

2. All parties are given until and including **June 27, 2008** to file motions to amend the pleadings and/or add parties.

3. A telephonic planning conference is set for **Monday, July 31, 2008 at 9:30 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call to the court at 402-661-7340.

**DATED May 19, 2008**

                                         **BY THE COURT:**

                                         **s/ F.A. Gossett
United States Magistrate Judge**