IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER S. MANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07cv479 |
| vs. ) | |
| ) | ORDER |
| MOBILE MEDIA ENTERPRISES, LLC, ) | |
| ) | |
| Defendant. ) | |

This matter came before the court for a Rule 16 planning conference. Counsel for the parties appeared telephonically. Amanda Ketchum represented the plaintiff and William Selde represented the defendant. The Defendant had no objection to the Motion to Extend Time to Add Parties and/or Amend Complaint (#32), and the motion will be granted. By agreement of the parties, the Motion to Compel Discovery Responses (#33) will be denied as moot.

**IT IS ORDERED:**

1. The Motion to Extend Time to Add Parties and/or Amend Complaint (#32) is granted and the plaintiff is given until **August 29, 2008** to add parties.

2. The Motion to Compel Discovery Responses (#33) is denied as moot.

3. The Rule 16 planning conference is continued to **September 29, 2008 at 10:00 A.M.,** by telephone call initiated by plaintiff's counsel.

Dated this 31st day of July 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge