## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHRISTOPHER S. MANN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:07CV479** |
| | ) | |
| **MOBILE MEDIA ENTERPRISES LLC,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiff's Motion for Leave to File a Second Amended Complaint [42]. Response time has passed, and the court has not received a response in opposition to the motion. Upon review of the proposed amended complaint, the court finds that plaintiff's motion should be granted.

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to File a Second Amended Complaint [42] is granted, and the Second Amended Complaint [41] is hereby deemed filed instanter.

2. Defendants shall respond to the Second Amended Complaint [41] no later than **October 10, 2008.**

**DATED September 19, 2008.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**