IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **Christopher S. Mann,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:07CV479 |
| | ) | |
| vs. | ) | |
| | ) | |
| **Mobile Media Enterprises, LLC,** | ) | ORDER |
| | ) | |
| Defendant. | ) | (Rulings on Filing No. 130) |

**PLAINTIFF CHRISTOPHER MANN'S OBJECTIONS TO DEFENDANT'S DESIGNATIONS OF DEPOSITIONS FOR TRIAL (Filing No. 130)**

1. Plaintiff objects to Defendant's designation of Ross Mosher's entire deposition transcript**.**
In addition, Plaintiff objects to :
    Page 60, line 5 – page 64, line 2 on the basis of hearsay.
    Page 64, line 10 – page 65, line 13 on the basis of hearsay and that it calls for speculation and lack of foundation.  **OVERRULED.**
    Page 76, lines 18 – 20 on the basis of lack of foundation and that it calls for speculation.  **OVERRULED.**
    Page 76, line 24 – page 80, line 13 on the basis of lack of foundation, calls for speculation, and hearsay.  **OVERRULED.**
    Page 84, line 4 – page 86, line 2 on the basis of hearsay.  **OVERRULED.**
    Page 87, lines 16 – 25 on the basis of form and hearsay.  **OVERRULED.**
    Page 88, line 22 – page 89, line 3 on the basis of hearsay, relevancy, and calls for speculation.  **OVERRULED.**
    Page 89, line 23 – page 90, line 3 on the basis of relevancy.  **OVERRULED.**

2. With regard to Defendant's designations of Andrew Kloack's deposition, Plaintiff objects to:
    Page 15, line 22 – page 17, line 7 on the basis of relevancy.  **SUSTAINED AS TO RELEVANCY.**
    Page 20, line 25 – page 21, line 11 on the basis of lack of foundation and it that it calls for speculation.  **OVERRULED.**
    Page 21, line 12 – page 22, line 16 on the basis that it calls for speculation.  **OVERRULED.**
    Page 27, line 2 – page 28, line 23 on the basis of hearsay, lack of foundation, and that it calls for speculation.  **SUSTAINED AS TO HEARSAY.**

Page 30, lines 15 – 25 on the basis of the Rule of Completeness and hearsay. **SUSTAINED.**

Page 31, line 10 – page 33, line 8 on the basis of hearsay and lack of foundation. **SUSTAINED AS TO HEARSAY.**

Page 44, line 20 – page 46, line 1 on the basis of hearsay, lack of foundation, assumes facts not in evidence, and that it calls for speculation.  **SUSTAINED AS TO HEARSAY.**

Page 49, lines 3 – 7, on the basis of lack of foundation.  **OVERRULED.**

Page 52, line 18 – page 53, line 20 on the basis of relevancy.  **OVERRULED.**

3. With regard to Defendant's designations of Christopher Mann's deposition, Plaintiff objects to:

Page 41, lines 9-15 on the basis that line 9 is not the beginning of a question. **SUSTAINED ON THE BASIS THAT LINE 9 IS NOT THE BEGINNING OF A QUESTION.**

Page 42, lines 13-16 on the basis that the question is argumentative and ambiguous. **OVERRULED.**

Page 44, lines 21- 23 on the basis that it is a compound question.  **OVERRULED.**

Page 19 on the basis that no question is pending.  **SUSTAINED AS TO LINE 1.**

Page 21, line 1 on the basis that it is not a complete sentence.  **OVERRULED.**

4. With regard to Defendant's designations of Steven Ellis, M.D.'s deposition, Plaintiff objects to:

Page 11, lines 9 – 25 on the basis that it is irrelevant.  **OVERRULED.**

Page 12 on the basis that it is irrelevant.  **OVERRULED.**

Page 17 on the basis that it calls for speculation and the opinions stated are not stated to a reasonable degree of medical certainty.  **OVERRULED.**

Dated this 8TH day of June 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge