# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **Christopher S. Mann,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:07CV479 |
| | ) | |
| vs. | ) | |
| | ) | |
| **Mobile Media Enterprises, LLC,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | (Re: Steven F. Ellis, M.D. Deposition) |

**PLAINTIFF CHRISTOPHER S. MANN'S AMENDED OFFERS TO BE USED AT TRIAL FROM THE DEPOSITION OF STEVEN F. ELLIS, M.D. TAKEN DECEMBER 1, 2008**

    COMES NOW Plaintiff Christopher S. Mann and submits the following offers to be used at trial from the deposition of Steven F. Ellis, M.D., taken on December 1, 2008:

Page 4, Lines 8-9.

Page 4, Line 22 through Page 5, Line 19.

Page 6, Line 11 through Page 7, Line 11.   Page 6, Line 15 through Page 9, Line 10.   Page 7, Lines 12-14.   Objection: Cumulative, redundant, asked and answered.   **OVERRULED.**

Page 12, Line 24 through Page 13, Line 15.

Page 14, Line 21 through Page 15, Line 15.

Page 18, Lines 8-14.

Page 18, Line 18 through Page 20, Line 9.

Page 21, Lines 1-4 and Lines 8-12 ending with "examination."

Page 22, Line 4 through Page 24, Line 13.

Page 26, Page 26, Line 6 through Page 28, Line 1.

Page 28, Line 7 through Page 30, Line 9.

Page 31, Lines 12-18.

Page 32, Lines 7-9.

Page 32, Line 16 through Page 36, Line 20.

Page 36, Line 25 through Page 37, Line 25 (Question and answer inadvertently omitted).

Page 38, Line 1 through Page 39, Line 10.

Page 40, Line 12 through Page 41, Line 2.

Page 41, Lines 8-10.

Page 41, Line 19 through Page 43, Line 3.

Dated this 8TH day of June 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge