# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **Christopher S. Mann,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:07CV479 |
| | ) | |
| vs. | ) | |
| | ) | |
| **Mobile Media Enterprises, LLC,** | ) | ORDER |
| | ) | |
| Defendant. | ) | (Re: Ross Adam Mosher Deposition) |

**PLAINTIFF CHRISTOPHER S. MANN'S AMENDED OFFERS TO BE USED AT TRIAL FROM THE DEPOSITION OF ROSS ADAM MOSHER TAKEN MARCH 10, 2009**

COMES NOW Plaintiff Christopher S. Mann and submits the following offers to be used at trial from the deposition of Ross Adam Mosher taken on March 10, 2009:

Page 3, Lines 5-7, 14-16.

Page 14, Lines 7-12.

Page 16, Line 15 through Page 17, Line 2.

Page 17, Lines 15-17.

Page 18, Lines 6-25.

Page 19, Line 18 through Page 20, Line 6.

Page 23, Lines 18-24.

**Page 24, Lines 6-23 (Question inadvertently omitted).** No objection.

Page 26, Lines 22-25.

Page 27, Lines 1-4 and Lines 9-25.

Page 30, Line 23 through Page 31, Line 9.

Page 32, Lines 18-21.

Page 34, Lines 8-18.

**Page 35, Line 23 through Page 36, Line 5 (Question inadvertently omitted).**  No objection.

Page 39, Lines 7-19.

**Page 40, Lines 11-24 (Question inadvertently omitted).**  No objection.

Page 45, Lines 2-12 and

**Page 45, Lines 14 through Page 46, Line 6.  Excluded Page 45, Line 13 Objection removed).**  No objection.

Page 50, Line 11 through Page 51, Line 1.

Page 54, Line 23 through Page 55, Line 11.

Page 55, Lines 19-22.

Page 56, Line 15 through Page 58, Line 11.

**Page 63, Lines 17-19.  Excluded Page 63, Line 20 through Page 64, Line 2 (Includes hearsay).**  "Now new objections and exclusion of testimony plaintiff designated."   **OVERRULED.**

Page 65, Line 14 through Page 66, Line 8.

Page 67, Line 13 through Page 68, Line 24.

Page 70, Line 23 through Page 71, Line 17.

Page 72, Line 8 through Page 73, Line 1.

Page 75, Line 3 through Page 76, Line 4.

Dated this 8TH day of June 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge