IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER S. MANN, ) | |
| ) | Case No. 8:07CV479 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| MOBILE MEDIA ENTERPRISES LLC, ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant is ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Defendant No.   103 a-d, 105a, 125-128    Jury Trial        June 8-10, 2010

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 11th day of June, 2010

s/ F.A. Gossett
United States Magistrate Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07